Paul Kutyn and Others v. Bernard J. Sandrowitz.— Application denied, with ten dollars costs.   Order signed.

Fidelity Mutual Life Insurance Company v. Harry Richland and Others. — Application granted.   Order signed.

Katherine Reilly v. Charles Burkelman, as Executor, etc.— Motion denied, with ten dollars costs.

Gilbert H. Montague, as Receiver, etc., v. Hotel Gotham Company and Others.   Henry L. Goodwin, Appellant.— Motion denied, with ten dollars costs.

In the Matter of Herman Bergdorf, Deceased.— Motion denied, without costs.   Memorandum per curiam.

John Ferguson, Jr., v. R. H. Sellers Company.— Motion denied, with ten dollars costs.

Jacob W. Bermant v. Adolph Behn, Impleaded, etc.— Motion denied, with ten dollars costs.

Douglas Symmers v. Howard Carroll and Others.— Motion granted; question certified.

James L. Allen v. William W. Farley, etc., and Others.— Motion denied, with ten dollars costs.

Sarah E. Neuberth v. Adam Neuberth.   Sarah E. Neuberth v. Adam Neuberth.   William H. Zehr, Appellant.— Motions granted to extent indicated in memorandum.   Memorandum per curiam.   Order to be settled on notice.

In the Matter of Arthur Wilson and Others v. Thomas Bracken and Others.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. Martin F. Hubert v. Harry M. Kaiser, Warden, etc.— Application denied.

James L. Andem, Respondent, v. Mail and Express Company, Appellant. — Order affirmed, with costs.   No opinion.

Angelo Malaverneri, Appellant, v. Turner Construction Company, Respondent.— Judgment affirmed, with costs, on opinion in 141 Appellate Division, 360.

Boudinot Keith, as Trustee under a Deed of Trust Bearing Date November 23, 1908, Appellant, v. Charles A. Cowen & Company and Charles A. Kehoe, Respondents.— Judgment affirmed, with costs.   No opinion.

In the Matter of Judicial Settlement of the Account of Obadiah W. F. Randolph, as Substituted Trustee under the Last Wills and Testaments of Charles F. Randolph, Deceased, and George F. Randolph, Deceased, and as Trustee for Certain Trusts under the Last Will and Testament of Edward F. Randolph, Deceased, for the Benefit of Jane A. Albertson, Appellant.   George F. R. Albertson and Jane A. Albertson, Respondents. — Decree affirmed, with costs.   No opinion.

Nathan Burkan, Respondent, v. Musical Courier Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

James J. Egan, Appellant, v. Board of Education of the City of New York, Respondent.— Determination and judgment affirmed, with costs. No opinion.